UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INPRIA CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No.  26-mc-80014-SVK<br><br>**REDACTION ORDER** |

The Court's Order re Motion to Compel Compliance with Subpoena (Dkt. 10) has been provisionally filed under seal. By **March 9, 2026,** the Parties are to submit joint proposed redactions accompanied by an administrative motion to seal that complies with Civil Local Rule 79-5. If proposed redactions are not received by the deadline, the Court will order that Dkt. 10 be filed on the public docket.

**SO ORDERED.**

Dated: March 2, 2026

SUSAN VAN KEULEN
United States Magistrate Judge